IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PRONTO CASH OF FLORIDA, INC., )
                              )
              Plaintiff,      )
                              )
    v.                        )    No.  06 C 6693
                              )
DIGITAL CURRENCY SYSTEMS, INC.,)
                              )
              Defendant.      )

## MEMORANDUM

Although this action was transferred from the United States District Court for the Southern District of Florida to this District Court early last month, with the Clerk's Notice of Transfer having been filed manually on December 4 and electronically on December 6, for some unknown reason neither the Notice of Transfer nor any other documents relating to the case were ever delivered to this Court's chambers. This Court learned of the case's existence only when it received, in accordance with its monthly request, a printout of all pending cases on its docket as of December 31 and then (as is its uniform practice) checked each case listed as a new filing to see whether it had a corresponding chambers file.

Because that was not true in this instance, on January 3 this Court had a copy of the filed documents printed out for its review. Based on that review this Court is contemporaneously issuing its customary (though in this case belated) initial scheduling order, with copies of that order (as well as copies of

this memorandum) being transmitted to both parties' Florida counsel.

                                         _____
                                         Milton I. Shadur
                                         Senior United States District Judge

Date:   January 5, 2007